Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br><br>     vs.<br><br>MALWA FOOD MART INC, et al.,<br><br>          Defendants. | No.  1:21-cv-01580-AWI-BAM<br><br>**PLAINTIFF'S REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>Date:         January 25, 2022<br>Time:        8:30 a.m.<br>Courtroom: 8<br><br>Magistrate Judge Barbara A. McAuliffe |

Plaintiff Jose Trujillo ("Plaintiff"), by and through his attorneys of record, hereby requests a continuance of the Mandatory Scheduling Conference currently scheduled in this matter for January 25, 2022 at 8:30 a.m. for the reasons set forth below.

1.     Plaintiff plans to attempt to effect personal service of the Summons and Complaint on Defendant, Malwa Food Mart Inc. Plaintiff further plans to file a request for

administrative relief from the service deadline for a 60-day extension to complete personal service.

2. On December 23, 2021, Plaintiff filed a request for clerk to enter default as to Defendants, Manjit Singh dba US Gas and Food; and Balwinder Singh dba US Gas and Food (ECF Doc. 6). Default as to Defendants, Manjit Singh dba US Gas and Food; and Balwinder Singh dba US Gas and Food was entered by the clerk on December 27, 2021 (ECF Docs. 7 and 8).

3. Because Defendants have not appeared in the action, Plaintiff has been unable to meet and confer with defendants or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for January 25, 2022 be continued to a date after March 25, 2022 at the Court's convenience.

Dated: January 19, 2022                     MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Trujillo

**ORDER**

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for January 25, 2022 be continued to **March 30, 2022, at 9:30 AM** before Magistrate Judge Barbara A. McAuliffe in Courtroom 8 of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the Conference.

IT IS SO ORDERED.

Dated: **January 20, 2022**            /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE