## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOSE TRUJILLO,**

CASE NO: **1:21–CV–01580–AWI–BAM**

v.

**MALWA FOOD MART INC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/10/2022**

**Keith Holland**
Clerk of Court

ENTERED: **June 10, 2022**

by: /s/ C. Maldonado
Deputy Clerk